**08CV0040**
**JUDGE GOTTSCHALL**
**MAG. JUDGE VALDEZ**

**FILED**
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

12/26/07

Dear Sir,

Clerk of the Courts will you please make additional copies for all the Defendants named in my lawsuit.

The law library here is inadequate and I was not given copies for all the Defendants. Although some copies were made for me the law librarian did not make copies of my Complaint. Law librarian ran out of staples so will you please make copies for me and put Complaint in order for me. But if not please send it back before I go to the Penitentiary on January, 4TH 2008) let me know what to do.

Also I was wondering why the lawyer the court appointed to me never answer my letters or my request for copies of my medical records. Kevin Golden said He was going to see if I exhausted my remedies for the Case #07C4324 Judge Joan B. Gottschall (Jermaine Webb (20050062006) vs. Officer Jacqueline, et al. Kevin Golden is my lawyer in this lawsuit. I was told never to call there collect, that they will reach me. I written a letter about 2½ months ago. When do I get my discovery back? Is Mr. Golden still representing me? Please give me some insight and respond to my answers Thank you. God Bless you.

Merry Christmas, Happy New Year! "2008"

Sincerely
Mr. J. Webb