UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JAN 02 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jan 2. 2008

JERMAINE WEBB
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

JURY DEMAND:

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

SHERIFF ZADAC OF COOK County Jail in his individual & offical Capacity
SHERIFF Montique of Cook County Jail in his individual & offical Capacity
SHERIFF UNKNOWN Cook County Jail in THeir individual & offical CApAcity
AS Officers of Cook County Jail oac
Lt. Johnson Cook County Jail, Acting Supervisor in his individual
& Offical Capacity
Cook County Sheriffs DEPT.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**08CV0040**
**JUDGE GOTTSCHALL**
**MAG.JUDGE VALDEZ**

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.   Plaintiff(s):

Revised: 7/20/05

A. Name: JERMAINE WEBB

B. List all aliases: JERMAINE WILSON, GERMAINE WEBB

C. Prisoner identification number: #2005006 2006

D. Place of present confinement: COOK County D.O.C

E. Address: 2700 S. CAliFornia Chgo, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: ZACJAC (A.K.A) John DOE "et al."
   Title: SHeriff of Cook County Jail
   Place of Employment: 2600 S. California REC. DEPT. DIV.5

B. Defendant: Montique (A.K.A) John Doe "et al."
   Title: Sheriff of Cook County Jail
   Place of Employment: 2600 S. California R.C.D.C DEPT DIV.5

C. Defendant: Sheriff Lt. Johnson "et al"
   Title: Sheriff Lt. Supervisor Of Receiving Dept. DIV.5
   Place of Employment: 2600 S. California RC DC DEPT. DIV.5

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. ~~Defe~~

Revised: 7/20/05

[Additional sheet]

D.

Defendant: Sheriff Unknown (a.k.a) John Doe, et. al

Title: Cook County Sheriff at Jail Div. 5 Receiving Officer 3 to 11 Shift

Place of Employment: 2600 S. California - Cook County Jail

~~VI. Relief:~~

②

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

    A.    Is there a grievance procedure available at your institution?

        YES (X)  NO ( )  If there is no grievance procedure, skip to F.

    B.    Have you filed a grievance concerning the facts in this complaint?

        YES (X)  NO ( )

    C.    If your answer is YES:

        1.    What steps did you take?

        *Wrote a formal grievance & submitted it to the Social Worker.*

        2.    What was the result?

        *A decision was made & I appealed it went to I.A.D and a open investigation came back as non sustained.*

        3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

        *Yes - The Appeal board came 11/06/07 and wrote: Original Response to stand.*

    D.    If your answer is NO, explain why not:

        *N/A*

E. Is the grievance procedure now completed? YES (✓) NO ( )

~~F.~~ If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO ( )

G. If your answer is YES:

1. What steps did you take?
   I Attempted to resolve this Issue through Detainee grievance procedure.

2. What was the result?
   I.A.D Sent Me A form in response saying finding of non sustained. Also that I.A.D Evasive Answer's No Final Represemation. Its not conclussive to the

H. If your answer is NO, explain why not:
   N/A

IV. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A. Name of case and docket number: JERMAINE WEBB v. OFFicer Jacqueline) #07C4324

B. Approximate date of filing lawsuit: AUG, 06 2007

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: MYSELF. JERMAINE WILSON, GERMAINE WEBB

D. List all defendants: Jacqueline, Darty, et. AL

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: JOAN B. Gottschall

G. Basic claim made: Negligence & indifference to DETAINEE Safety. Due process and Equal protection under the Law & 14 Amendment Consitution

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

5

## V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

October of 2006)

During the first week of the month, I was sent to Cook County Hospital Fantis Clinic. After coming back from Clinic I was sent to RCDC Receiving in Division #5 Jail C.C.DOC. Officer Montique sent me to wait in holding cell. I sat on the floor against holding cell door. Officer Zajac open door of bullpin and let other detainee's in. As the last detainee entered bullpin. Officer Zajac without warning kicked me in my back forcing me forward. Officer then slammed bullpin holding cell door shut. Officer stuck his face up to sliding door of holding cell and asked what are you going to do about it. I responded telling him to go about your business. Then very angrily Officer Zajac opened the holding cell door and officer proceeded to push me and punch me. This caused me to fall to the floor. Officer Zajac continued to punch me repeatedly in the back of my head and neck and back. Officer still unprovoked proceeded to kicked me

6

While I was on the floor. Officer Zajac kicked me in the back of my head. This constitutes a violation of my rights of the due process clause by the 14TH Amendment constitutional Right of the United States of America. During the same time period of the prior incident. Sheriff John Doe watched Along with Sheriff Montique. He also Refused to stop his Fellow Officer from beating me. They laughed And made Jokes As they watched. This Violates my 14TH Amendment right. The Officers did not Act or intervene. I Suffered injuries Neck to my back And head. All of this unwanton infliction of pain Constitutes A Violation of my rights of the Due process Clause by Equal protection under the law.

Now After the Above incident Supervisor Walk pass holding cell and Seen Detainee Webb on the floor Floor Lt. Johnson talked to Officer's Controling Tunnels And Monitor Which were Sheriff Montique, Sheriff Zajac, Also Sheriff unknown AKA John Doe. LT. Johnson Walked Away. Still laying on floor Officer Zajac came in Holding Cell and forced his way (4TH Amendment Violation) into my pocket taking A list of Wittnesses. Telling me that my name was not on the sheet of paper. Telling me its Contraband. Head spinning and unable to get up. Officer left out. Later I was place on Gurnee

7

And neck brace And I was sent to Cermak Hospital here at the Jail. I was then sent back to Strogers Hospital. After doctor seen me. The LT. Superviser failed to make sure a incident report was written or investigated for misconduct. Monitor recorder will tell it all. Also my 4TH Amendment Violation. Limitation on searches and seizures, of my person. The plaintiff request/Demnds: Declatory Judgment for nominal Damages stating that the Defendants; In this case did infact violate Mr. Webb Constitutional rights by the 14TH Amendment Due process Clause to the United States of the United States Constitution of America. And Award Compensatory Damages in a sum of Two Hundred Thousand Dollars.

**VI.  Relief:**

(8)

Revised: 7/20/05

VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award Plaintiff Punitive damages in a sum of Two Hundred Fifthy Thousand dollar's 250,000 for this to punish the Defendant Wilful Misconduct causing the Plaintiff Fright, Shock, Humiliation; Embarasment Mental anguish, (Post traumatic stress) Pyscalogical Abuse and the 14TH Amendment Due process Clause Violation of the Constitution

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19TH day of December, 2007

_Jermaine Webb_
(Signature of plaintiff or plaintiffs)

JERMAINE WEBB
(Print name)

#2005 006 2006
(I.D. Number)

2700 S. California Ave.
Chicago IL, 2002008
(Address)

#9

In The United States District Court
for the Northern District of Illinois Eastern Division

----------------------------------------*

JERMAINE WEBB

V.

COOK County Sheriff DEPT.
Officer's ZAJAC \ Montique
Officer John Doe #3
et al., LT. Johnson, et al.

OF

: Declaration

: [Name of person making

: Civil Action No.

----------------------------------------*

GEORGE BRANOM: Here by declares:
On October of 2006, I follow by other Detainee's entered Bullpin Holding cell #5 where I wittness Detainee get kicked while sitting on floor from behind by officer ZAJAC. Detainee WEBB ask why officer kicked him and he asked Detainee what is he going to do about it. Detainee and officer argued. Officer ZAJAC open Holding cell pushed and hit detainee Webb in the back of his head Detainee WEBB fell down and officer continued to hit WEBB with clinch fist while WEBB position his body in a fetus position other officer watched as this officer beat Web with his fist struck repeatedly in the back of his head and then kicking him while he made racial remarks. All of this happened infront of the recorder monitor in holding Cell #5 WEBB layed there until paramedic put smelling sauce in h. nose.
I declare under penalty of perjury that the forgoing is true and correct.
Executed at Chicago at Cook County Jail. Chicago IL
on 10/12/07
signature: George H. Branom

Part – B / Control #: 2006 X 1175

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF A DETAINEE*

Detainee's Last Name: **WEBB**  First Name: **JERMAINE**  ID#: **2005-0062006**

Is This Grievance An **Emergency**?  YES ☐  NO ☑

C.R.W.'S Summary Of The Complaint: Detainee Alleges that he was physically abused by a Correctional Officer

C.R.W. Referred Griev. To: **IAD**  Date Referred: **10/18/06**

Response Statement: IAD will perform an investigative inquiries. No incident report found.

---

(print - name of individual responding to this griev.) D/C Miriam Rentas  Date: 10/20/06  Div./Dept. IAD

(print - name of Supt. / Designee / Dept. Admin.) Supt. W. Mulvaney  Date: 10/27/06  Div./Dept. C/I

(print - name of Prog. Serv. Admin./ Asst. Admin.) J. Mueller  Date: 10/24/06

Date Detainee Received Response: **10/27/06**  Detainee Signature: X Jermaine Webb

### REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: **9/28/07**

Detainee's Basis For An Appeal: I NEVER WAS given A Chance to Appeal To Exhaust Remedies Which prison Litigation Reform Act Requires All prisoner to do.

Appeal Board's Acceptance Of Detainee's Request:  YES ☐  NO ☑

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator: Original response to stand

Appeal Board's Signatures / Dates: 11-6-7   11/6/07

Date Detainee Rec.'d the Appl. Bd.'s Response: __/__/__  Detainee Signature: Jermaine Webb

GRIEVANCE CODE(S): (___) (___) (___) (___)

**DETAINEE COPY**

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)