Jan, 13TH 2008

08cv40

Dear Clerk of the U.S. District Court,

I got transfered to another location
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

I sent a package to the court about 3-weeks ago. I sent it in hoping you could make copies of my (1983) form.

Its intitled Jermaine Webb

V.

  Cook County Sheriff Dept et, Al
  Officer Zajac et, Al
  Officer Montique et, Al
  Officer Unknown et, Al
  LT. Johnson as Superviser, et, Al

I want to know did your Clerk officer make copies for me and sent it back. My Cook County # is 20050062006. I'm Down State Now and my # has changed so send all legal documents at the address above. My IDOC # is B-12457 Now if your

office did not make copies for me. I don't have any way to do them. We can't use ink pens down here in N.R.C Receiving. I may be down here for awhile. If no copies were made please send my (1983) package back

FILED
JAN 22 2008
1-22-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I Also have An open Case there under the title
JERMAINE WEBB
    V. (2005-0062006
 Officer Jacqueline et, Al

CASE # 07C4324

NAME OF Assigned Judge | JOAN B. GottSCHALL
   OR Magistrate Judge |

NOTe: please send All
legal forms Documents
to  StateVille Correctional Center
    P.O. Box 112
    Joliet, IL 60434

THANK you So much
            Sincerely
                yours
                    Jermaine
                       WEBB