Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0040 | DATE | JAN 31 2008 |
| CASE TITLE | Jermaine Webb (#B-12457) vs. Sheriff Zadac, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's letter dated January 13, 2008 [#8]. The plaintiff is reminded of the court's basic filing requirements: (1) the plaintiff must provide the court with the original plus a judge's copy of every document filed; (2) every document filed must include a certificate of service showing that a copy was mailed to all opposing counsel of record; and (3) separate documents must be filed in separate cases. The plaintiff may not file one document pertaining to multiple cases. The clerk is directed to mail the plaintiff a copy of the court's docket, along with another copy of the court's filing instructions. In the future, the court may strike without considering any document filed that fails to comport with these basic filing rules.

■ [Docketing to mail notices.]

mjm

Page 1 of 1