**FILED**

FEB 12 2008   FEB 12 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02/08/08

08 C 40     Change of Address

Dear Sir;
Clerk of the Courts. I got a status request dated 1/16/08 I was told in the Letter that.
Your office mailed me to the plaintif a Magistrate Judge Consent form and filing instructionas along with a copy of order dated 1/16/08. (1cw) (entered: 01/17/08)

I never received any forms. Will you please send me those forms, and a copy of any future forms. For the case I have with or in Judge Gottschall Court. Case entitled JERMAINE WEBB V. Sheriff Zadac, Sheriff Montique, LT. Johnson
I don't have document with NEW Case Number on it. Please send to me, case number of above case. Maybe it got lost because I have not received any forms.
Also I have a change of Address.
Which is (P.O. Box 711)(Menard, IL 62259)
Could you tell me if the same lawyer who was appointed for my first case. WEBB, JERMAINE V. Officer Jacqueline # 07C4324 Will the same lawyer be appointed to my other case?

Note: Will you please also send me
3 1983 forms. Thank you very much

Sincerely your
Mr. JERMAINE WEBB