**FILED**

FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Change of Address

2-20-2008

Jan, 19 2008

Dear Clerk of the U.S. District Court,

I am writing to let you know I got transferred from Stateville. Now I'm at M.S.U (Jermaine Webb ID #B12457

P.O. Box 711
Menard, IL 62259

Please send all future documents and legal material at above address.

My case entitled:
Jermaine Webb
-vs-
Sheriff Zajac, etc., et al.
# 08C 0040

(Second case) entitled Jermaine
-vs-
#07C4324   Officer Jacqueline

Will you send me a copy of my complaint case # 08C 0040
Thank you.
Please keep me posted of any court proceedings, thank you again and God Bless.

Sincerely yours
J. Webb