**FILED**

FEB 2 5 2008

FILED
FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) JERMAINE WEBB )
)
) Case Number: 08 C 0040
V. )
)
Defendant(s) SHERIFF, ZAJAC et, al. )     Judge: JOAN B. GOTTSCHALL
)

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, JERMAINE WEBB, declare that I am the (check appropriate box)
   [✓] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [✓] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Jermaine Webb_                              MENARD - MND P.O. BOX 711
Movant's Signature                           Street Address

02/14/08                                     MENARD, IL, 62259
Date                                         City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | JOAN B. Gottschall  Case Number: 07C4324 |
| Case Title: | JERMAINE WEBB vs. Jacqueline et, al. |
| Appointed Attorney's Name: | KEViN Golden |
| If this case is still pending, please check box | ✓ |

| | |
|---|---|
| Assigned Judge: | JOAN B. Gottschall  Case Number: 08C0040 |
| Case Title: | JERMAINE WEBB vs. SHERiFF ZAJAC |
| Appointed Attorney's Name: | N/A   Pro Se |
| If this case is still pending, please check box | ✓ |

| | |
|---|---|
| Assigned Judge: | _____  Case Number: _____ |
| Case Title: | _____ |
| Appointed Attorney's Name: | _____ |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: | _____  Case Number: _____ |
| Case Title: | _____ |
| Appointed Attorney's Name: | _____ |
| If this case is still pending, please check box | ☐ |