

Dear Honorable Joan B. Gottschall,    02/16/08
Case No. 08C 0040
Case Title: Jermaine Webb vs. Sheriff Zajac et, al.

I have tried to obtain Counsel but no one has responded to my letters, which are limited because the lack of funds.
I really need legal help which is difficult being down here in Menard M.S.U Illinois Dept. of Correction. I've put in slips after slips trying to get to the Law Library to make copies of my documents. Which make getting copies difficult.
Will you please appoint me Counsel.

FEB 2 5 2008
FILED
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Also: I ask the Court to put me in for a Demand for Jury Trial. I did ask for it but the document I was sent - CM/ECF Live, Ver 3.0 (Chicago) Civil Docket For Case #: 1:08-cv-0040
Jury Demand: NONE (Date Filed: 01/02/2008

Your Honorable Gottschall:
The Clerk of the Court copied the wrong name of Sheriff. The correct spelling is Sheriff Zajac and not Zadac. So if the summonses had one name incorrect what will happen?

Note:
I also have another case infront of you.
Case no. 07C 4324
Case Title: Jermaine Webb vs. Jacqueline

I changed address: My current address is
(Menard M.S.U P.O. Box 711 Menard, IL 62259)

Thank you.

Note:
I don't know what the Court Mean when you say I cannot place in a document for more than one case. What should I do?
Reference is made to Case Title:
Jermaine vs. Zajac et, al.
Case No. 08C 0040

I, Jermaine Webb, swear under penalty of Perjury that I served a copy of the document on 02/16/2008 To Honorable Judge Joan B. Gottschall by placing it in the mail at Menard Correctional Center on 02/16/2008.

Signed Jermaine Webb
#B-12457