FILED FEB 25 2008
FEB 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02/16/2008

Dear Clerk,

Will you please change the defendent name in CASE NO. (08C 0040) Judge Gottschall Case Title: Jermaine WEBB vs Zajac et, al. The name Zajac is correct but the document I was sent on 02/12/08 has the defendent name Zadac which is incorrect. Please correct the above Title and Summons that was (entered: 1/17/2008)

Note: Case title: Jermaine WEBB
Case:No. 07C 4324     vs.
                    Jacqueline et, al.

Mail all documents to P.O. Box 711
Menard, IL 62259

Please send me a document of my
CM/ECF Live, Ver 3.0 (Chicago)
Civil Docket for Case #: 07C 4324

I Jermaine WEBB, swear under penalty of Perjury that I mailed copy of document by placing in the mail at Menard Correctional Center on 02/16/2008
signed Jermaine Webb #B12457