Case 1:08-cv-00040  Document 16  Filed 02/28/2008  Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0040 | DATE | FEB 28 2008 |
| CASE TITLE | Jermaine Webb (#B-12457) vs. Sheriff Zadac, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's change-of-address notice [#12]. The plaintiff continues to ignore the court's repeated admonitions about basic filing requirements: (1) the plaintiff must provide the court with the original plus a judge's copy of every document filed; and (2) every document filed must include a certificate of service showing that a copy was mailed to all opposing counsel of record. The clerk is directed to mail the plaintiff another copy of the court's filing instructions. The plaintiff is directed to advise defense counsel of his current address, and to file a certificate of compliance with the court within fourteen days verifying that he has done so.

■ [Docketing to mail notices.]

mjm

Page 1 of 1