FILED
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MARCH, 11 2008

TO: DEFENSE Counsel of records.
"BE Advise" My Current Address has changed
My NEW location is At Menard MSU C.C
P.O Box 711 Menard IL, 62259

Assigne Judge: Joan B. Gottschall.

Case No: 08 C 0040

Case Title.: Jermaine Webb (#B-12457) Vs.
Sheriff Z. AJac, et al.

"Certificate of Service"

I, Jermaine Webb, Swear under
penalty of perjury That I Served A Copy
of the Attached document on Defense Counsel
of Records. At the U.S. District Court. At
219 South Dearborn Street Chgo IL,
60604. By placing in Mail At Menard
Correctional Center.
On March, 11 2008      Signed Jermaine Webb
                              #B12457