"Certificate of Compliance"
"Court Copy"

*FILED MAR 21 2008 — MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*

To: The Court,

I have forfill the court requirements by advising defense cousel of change-of-address, with a Certificate of Service: Dated March, 06 2008
Assigned Judge: Joan B. Gottschall

Case No: 08 C 0040

Inmate # (B-12457)
Case Title: Jermaine Webb vs. Sheriff Zajac, et, al.

NOTE: I apologize for any inconviences on my part. Its hard to keep mailing out writeout to send to the Court an to the opposing Counsel.
I have not had the funds to buy paper or writeouts. Its so much I don't understand about Civil Law. I don't have the help I had when I was at the Cook County Jail. Here I am locked up for 24 hours a day now that I'm currently in segregation status.

I, Jermaine Webb swear under penalty of Perjury That I served a copy of the document to the Court. Prisoner Correspondence Clerk Office U.S. District Court 219 South Dearborn Street Chgo IL, 60604. By placing in the Mail at Menard C.C., on March, 11 2008 Signed Jermaine Webb
#B12457