FILED
JUL 1 8 2008 mB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

July 10, 2008

To: Prisoner Correspondence Clerk's office,
"Be Advised" that my current Address has changed. My new location is At
Western Illinois Correctional Center
MT. Sterling IL, 62353

Case Assigned, Judge: Joan B. Gottschall

Case No.: 08C 0040

Case Title.: JERMAINE WEBB (#B12457)
VS. Sheriff ZAJAC, et al.

(Certificate of Service)

I, JERMAINE WEBB, Swear under penalty of perjury that I served a copy of documents on Prisoner Correspondence Clerk's Office U.S. District Court 219 South Dearborn street Chicago, IL 60604 for Counsel of the Court in this case. By placing it in the mail At Western Illinois Correctional Center on July 10, 2008
Signed, Jermaine Webb #B12457