FILED
AUG 14 2008
AUG 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) JERMAINE WEBB  )
 )  Case Number: 08C 0040
  v.  )
 )
Defendant(s) SHERIFF ZAJAC. et, AL  )  Judge: JOAN B. Gottschall
 )

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, JERMAINE WEBB , declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Jermaine Webb                          Western Illinois C.C 2500 Rt. 99 South
Movant's Signature                     Street Address

8/07/08                                Mt. Sterling IL, 62353
Date                                   City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | JOAN B Gottschall     Case Number: 07C4324 |
| Case Title: | JERMAINE WEBB VS. THEDOCE MarriWeather, JACqueLine DARty-ReiD et al |
| Appointed Attorney's Name: | N/A |
| If this case is still pending, please check box | ✓ |

| | |
|---|---|
| Assigned Judge: |      Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: |      Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

| | |
|---|---|
| Assigned Judge: |      Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box | ☐ |

Certificate of Service

I JERMAINE WEBB, swear under penalty of Perjury that I served a copy of the attached documents on Clerk's office U.S. District Court 219 South Dearborn Street Chicago IL, 60604 by placing it in the mail at the Western Illinois Correctional Center on 8/07/08

Signed, Jermaine Webb
B12457