Order Form (01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | JOAN B. GOTTSCHALL | Sitting Judge if Other than Assigned Judge | 8-26-2008 |
|---|---|---|---|
| CASE NUMBER | 08 C 0040 | DATE | AUG 26 2008 |
| CASE TITLE | Jermaine Webb (#B-12457) vs. Sheriff Zajac, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's renewed motion for appointment of counsel [#22] is denied. *See* Minute Order of March 17, 2008. The plaintiff has still failed to show either that he has made reasonable efforts to retain private counsel or that he has been effectively precluded from making such efforts. *See Gil v. Reed*, 381 F.3d 649, 656 (7th Cir. 2004), citing *Jackson v. County of McLean*, 953 F.2d 1070, 1072-73 (7th Cir. 1992).

Docketing to mail notices.

FILED
2008 AUG 26 AM 9:08
U.S. DISTRICT COURT

mjm